IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH HASSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>PARTS ID, INC.,<br><br>  Defendant. | Case No. 2:22-cv-01291-RJC |

**STIPULATION OF DISMISSAL**

Plaintiff Kenneth Hasson and Defendant PARTS iD, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear its own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: July 11, 2023

*/s/ Nicholas A. Colella*
Nicholas A. Colella
nickc@lcllp.com
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243

*Attorney for Plaintiff*

Respectfully submitted,

*/s/ Kevin P. Allen*
Kevin P. Allen
Thomas E. Sanchez
**DUANE MORRIS LLP**
625 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
kpallen@duanemorris.com
tesanchez@duanemorris.com

*Attorneys for Defendant*